## JOHN L. BROWN v. COMMONWEALTH.

**Intoxicating Liquors—Local Option—License Discretion of County Court.**

The granting of license to retail spirituous liquor is within the discretion of the county court, notwithstanding there has been a vote of the people on that question.

APPEAL FROM BOYD CIRCUIT COURT.

September 12, 1871.

OPINION BY JUDGE HARDIN:

No valid objection is perceived to the constitutionality of the act of the legislature for determining the right to vend liquors in Catlettsburg by a vote of the people of the town, but if it be concluded that that vote should not alone have controlled the action of the county court, there does not appear to have been any abuse of the discretion of the court in refusing to grant the appellant license to retail liquors.

Therefore the judgment is affirmed.

*Roe, for appellant.*

*Attorney General, for appellee.*